■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH SMITH, Appellant, v FRANK IRVIN, as Superintendent of Wende Correctional Facility, Respondent. [703 NYS2d 407] —Motion to vacate dismissal of appeal granted upon condition that the appeal is perfected on or before March 21, 2000. Memorandum: No further extensions will be granted. Present—Pine, J. P., Hayes, Wisner, Scudder and Lawton, JJ. (Filed Feb. 9, 2000.)